IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UMAR ADEYOLA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:21-CV-886 |
| DR. EDAVALLY REDDY, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. The Magistrate Judge found that venue is more appropriate in the Eastern District of North Carolina and recommended transfer to that district. The plaintiff filed a motion seeking assistance in obtaining counsel, *see* Docs. 7, 8, but he did not object to the Recommendation. No further review of the complaint, including review pursuant to 28 U.S.C. § 1915, was or has been undertaken. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action be transferred to the Eastern District of North Carolina.

This the 5th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE